**Anthony LEWIS, Plaintiff–Appellant,**

**v.**

**AMR CORPORATION, Defendant.**

[1] The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

**American Airlines, Inc., Defendant–Appellee.**

**Jennifer Perricelli–Rice, Defendant.**

**No. 14–2063.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 29, 2015.

Filed: Feb. 4, 2015.

Anthony Lewis, Sharon Springs, KS, pro se.

Patricia Konopka, Jacy J.H. Moneymaker, Stinson & Leonard, Kansas City, MO, for Defendant–Appellee.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Anthony Lewis appeals the district court's [1] adverse grant of summary judgment in his Title VII action asserting race-based discrimination, among other claims. Upon careful de novo review, we conclude that the district court did not err in its decision. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir.2011) (en banc) (standard of review; summary judgment is proper if pleadings, discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that movant is entitled to judgment as matter of law); *see also Moody v. Vozel*, 771 F.3d

[1] The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

1093, 1097 (8th Cir.2014) (in assessing whether reason employer gave for discharge is pretextual, critical inquiry is not whether plaintiff actually engaged in conduct for which he was discharged, but whether employer in good faith believed he was guilty of conduct justifying discharge).

Accordingly, we affirm. *See* 8th Cir. R. 47B.